

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-13-00382-CV

SHEILA WILSON                                                        APPELLANT

V.

TARRANT COUNTY                                                    APPELLEES
CONSTABLES, ITS AGENTS,
ASSIGNS AND/OR SUCCESSORS
IN INTEREST, ITS AFFIANTS, U.S.
PERSONS OF INTEREST
(PERSON, FIRMS,
CORPORATIONS AND POLITICAL
ENTITIES), AND FEDERAL
NATIONAL MORTGAGE
ASSOCIATION, ITS AGENTS
AND/OR SUCCESSORS IN
INTEREST, AND ITS AFFIANTS

----------

## FROM COUNTY COURT AT LAW NO. 1 OF TARRANT COUNTY

----------

# MEMORANDUM OPINION[1]

----------

Sheila Wilson appeals from a September 9, 2013 order dismissing her suit. Although her notice of appeal was due October 9, 2013, she did not mail it for filing until October 25, 2013; therefore, her notice of appeal was untimely.  *See* Tex. R. App. P. 9.2(b), 26.1(a)(1), 26.3.

On October 28, 2013, we sent appellant a letter indicating our concern that we do not have jurisdiction over the appeal because the notice of appeal is untimely and stating that unless she filed a response showing grounds for continuing the appeal, the appeal could be dismissed.  Although appellant filed a response, it does not show grounds for continuing the appeal.

Because appellant's notice of appeal is untimely, we dismiss the appeal for want of jurisdiction.  *See* Tex. R. App. P. 25.1(a), 26.1(a)(1), 42.3(a), 43.2(f); *Crites v. Collins*, 284 S.W.3d 839, 840 (Tex. 2009) (indicating that jurisdiction vests with a timely-filed notice of appeal); *Howlett v. Tarrant Cnty.*, 301 S.W.3d 840, 843 (Tex. App.—Fort Worth 2009, pet. denied) (op. on reh'g) ("A timely-filed notice of appeal confers jurisdiction on this court, and absent a timely[-]filed

---

[1] *See* Tex. R. App. P. 47.4.

2

notice of appeal, we must dismiss the appeal.").

PER CURIAM

PANEL:  LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DELIVERED:  December 12, 2013